### Commonwealth *v.* Davis, Appellant.

Submitted September 13, 1971. *Rudolph S. Pallastrone,* for appellant; *Milton M. Stein,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

### Commonwealth *v.* Dickens, Appellant.

Argued September 15, 1971. *Samuel W. Salus, II,* Public Defender, for appellant; *Stewart J. Greenleaf,* Assistant District Attorney, with him *William T. Nicholas,* First Assistant District Attorney, and *Milton O. Moss,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.